**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　Plaintiff, )<br>　　　　v.　　　　　　　　　　 )<br>Marisol Sorio-Olmos　　　　　 )<br>　　　　　　　　　　　　Defendant. )<br>_____) | CR-06-852-PHX-SMM<br><br>ORDER OF DETENTION |

　　An Initial Appearance, detention and pretrial release revocation hearing for violation of pretrial release was held on November 1, 2006. Defendant, Marisol Sorio-Olmos appears with counsel Doug Passon and the government is represented by Howard Sukenic for Tracey Bardorf.

　　Counsel for defendant submitted the matter on the record.

　　The Court finds by clear and convincing evidence that defendant has violated at least one of the conditions of her release. The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure her appearance or protect the safety of the community.

　　IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

　　DATED this 2nd day of November, 2006.

_____
Edward C. Voss
United States Magistrate Judge